**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE:<br>KENNETH CHINEDU ONYEMA,<br>and OBIAMAKA J. ONYEMA,<br>    Debtors | CHAPTER 7<br>CASE NO. 16-41247-CJP |
| FRANCIS MALTIBY,<br>    Plaintiff,<br><br>v.<br><br>KENNETH CHINEDU ONYEMA,<br>    Defendant | ADVERSARY PROCEEDING<br>NO. 17-04011-CJP |

**JUDGMENT**

In accordance with the Oral Decision read into the record on June 18, 2019, and entered on the docket at Docket No. 134, the Court finds (i) in favor of the debtor-defendant Kenneth Chinedu Onyema (the "Defendant" or "Onyema") with respect to Count I of the Complaint (Docket No. 1) and (ii) in favor of the plaintiff Francis Maltiby (the "Plaintiff" or "Maltiby") with respect to Count II of the Complaint as to defalcation while acting in fiduciary capacity under 11 U.S.C. § 523(a)(4), to the extent a "debt" is established in the Plaintiff's pending Essex Superior Court action against Defendant and his firm, Cambridge Lawyers Group, LLC (the "Firm"), captioned *Francis Maltiby v. Kenneth Onyema, Cambridge Lawyers Group, LLC, et al.* (Essex Superior Court Docket No. 1377-CV-01432) (the "State Court Action") arising from the mishandling by Onyema of Maltiby's client funds found by this Court in its Oral Decision. Any "debt" shall be limited to a maximum amount of $24,500, plus interest, as may

be established in the State Court Action, after determination of any disputes by Maltiby as to the reasonableness of any fees claimed to have been accrued or billed by Onyema and the Firm and any defenses and offsets that may be asserted by Onyema and the Firm in the State Court Action.

Dated: June 21, 2019

By the Court,

_____
Christopher J. Panos
United States Bankruptcy Judge